**Lori S. TRAVERS, Plaintiff–Appellant,**

v.

**COMMISSIONER OF SOCIAL SECURITY, Defendant–Appellee.**

**No. 12–827.**

United States Court of Appeals, Second Circuit.

March 26, 2013.

Lori S. Travers, New York, NY, pro se, for Plaintiff–Appellant.

Susan C. Branagan, Sarah S. Normand, Assistant United States Attorneys, for Preet Bharara, United States Attorney for the Southern District of New York, New York, NY, for Defendant–Appellee.

PRESENT: DENNIS JACOBS, Chief Judge, JOSÉ A. CABRANES, and CHESTER J. STRAUB, Circuit Judges.

### *SUMMARY ORDER*

Lori S. Travers appeals the district court's order denying her preliminary injunctive relief in her action seeking review of the denial of disability benefits. We assume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal.

As an initial matter, we lack jurisdiction to review the magistrate judge's November 2011 report and recommendation (recommending that the district court grant the Commissioner judgment on the pleadings) because the district court has yet to pass on that report and recommendation and enter a final order. *LoSacco v. City of Middletown,* 71 F.3d 88, 91–92 (2d Cir. 1995).

We review the denial of a motion for a preliminary injunction for abuse of discretion. *Malletier v. Burlington Coat Factory Warehouse Corp.,* 426 F.3d 532, 537 (2d Cir.2005). The district court did not abuse its discretion in denying injunctive relief based upon its conclusion that Travers had not demonstrated a likelihood of success on the merits.

Finding no merit in Travers's remaining arguments, we **AFFIRM** the order of the district court.